WARREN S. JONES, JR., ESQUIRE
Bar #16294
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly New Jersey 08060
(609) 261-8400
(609) 261-5252 fax

------------------------------------------------------
| | |
|---|---|
| In Re | UNITED STATES BANKRUPTCY COURT |
| | FOR THE DISTRICT OF NEW JERSEY |
| Trudy D. Johnson | Chapter 13 |
| | Case No. 17-10692 |
| Debtor(s) | |
| | RESPONSE TO OBJECTION FILED BY TRUSTEE |
| | HEARING DATE: 5/23/2017 |

Trudy D. Johnson, Debtor(s), through undersigned counsel, files this limited response and opposition ("Response") to Objection filed by Albert Russo, Trustee and in support of this Response, respectfully states as follows:

## BACKGROUND

1. On January 12, 2017 ("Petition Date"), the Debtor filed with this Court a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. A 341a Meeting of Creditors was held on May 11, 2017.
3. The Confirmation hearing is scheduled on May 23, 2017.

## DEBTORS RESPONSE AND OPPOSITION

4. Albert Russo, Trustee, filed an Objection in this case on May 12, 2017 (Document No. 26) with the reason substantially as follows:

    a. The debtor has failed to supply the following documents:

        i. 2016 Tax Return

        ii. 401k Loan Statement

        iii. Amendments to Schedules B/C to contain property is more descriptive terms.

5. The items listed in 4(a)(i)-4(a)(ii) of this response have been supplied to the Trustee as of this date.

6. Amendments to schedules B/C were filed with the Court on May 12, 2017 and are reflected as Document 27 on the Docket.

WHEREFORE, Debtor(s) pray this Honorable Court confirms the Debtor's plan notwithstanding the objections filed by the Trustee.

Dated: 5/15/2017     By:     **/s/ Warren S. Jones, Jr.**

                                  WARREN S. JONES, JR., ESQUIRE

                                  Counsel for Debtor