UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Trudy D. Johnson

Case No.: 17-10692

Chapter: 13

Judge: MBK

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO:  Warren Jones

This will confirm that on _____May 12, 2017_____ the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) A/B ,
- ☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

- ☒ Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]
- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: May 15, 2017                                   Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Trudy D. Johnson  
    Debtor

Case No. 17-10692-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: May 15, 2017  
              Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2017.  
db          +Trudy D. Johnson,   17 Ruscombe Court,   Willingboro, NJ 08046-4016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2017 at the address(es) listed below:  
              Albert  Russo    docs@russotrustee.com  
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
              Warren S. Jones, Jr.    on behalf of Debtor Trudy D. Johnson email@warrensjones.com,  
               bestcasewsj@gmail.com;r46134@notify.bestcase.com  
                                                                                                      TOTAL: 4