| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| WARREN S. JONES, JR., ESQUIRE<br>Bar #16294<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mt. Holly New Jersey 08060<br>(609) 261-8400<br>(609) 261-5252 fax | |
| In Re:<br>    Trudy D. Johnson | Case No.:   17-10692<br><br>Judge:      Michael B. Kaplan<br><br>Chapter:   13 |

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**
☒ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☐ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objections to the following:

1. ☒    Motion for Relief from the Automatic Stay filed by **CITIMORTGAGE**, creditor,

    A hearing has been scheduled for **1/16/2018** at **09:00** a.m.

OR

☐    Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ a.m.

☐    Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

☐    Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons

☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows: Click or tap here to enter text.

☒ Other: DEBTOR has made one payment since the filing of the Motion and desires to capitalize the remaining unpaid post-petition payments into the Chapter 13 plan.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: January 8, 2018          /s/  **Trudy D. Johnson**
                                          Debtor's Signature

NOTE:

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.JN.J. LBR 9013-(d), if filed in opposition to a Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a Creditor's Certification of Default (under an Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default.

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

# CERTIFICATION OF SERVICE

1. I, **Warren S. Jones, Jr.**, represent the DEBTOR(S) in this matter.

2. On **Monday, January 08, 2018,** I sent a copy of the foregoing to the parties listed in the chart below.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **January 8, 2018**                                         /s/ **WARREN S JONES, JR.**
                                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Trudy Johnson**<br>**17 Ruscombe Court**<br>**Willingboro, NJ  08046** | **Debtor(s)** | ☒  Regular Mail |
| **Albert Russo**<br>**CN 4853**<br>**Trenton, NJ 08650-4853** | **Trustee** | ☒  Notice of Electronic Filing (ECF) |
| **Powers Kirn, LLC**<br>**728 Marne Highway, Suite 200**<br>**Moorestown, NJ  08057** | **Attorney for Moving Party** | ☐  Hand-delivered<br>☐  Regular mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☒  Notice of Electronic Filing (NEF) |