Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–10692–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Trudy D. Johnson
   17 Ruscombe Court
   Willingboro, NJ 08046

Social Security No.:
   xxx–xx–0911

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 8, 2017.

On February 9, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: March 13, 2018
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 15, 2018
JAN: wdr

                                                                                           Jeanne Naughton
                                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-10692-MBK
Trudy D. Johnson                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 15, 2018
                              Form ID: 185             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
```
db              +Trudy D. Johnson,    17 Ruscombe Court,    Willingboro, NJ 08046-4016
516590321       +AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
516780474        CitiMortgage, Inc,    P.O. Box 688971,    Des Moines, IA 50368-8971
516590322       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                  S Louis, MO 63179-0040
516590323        Citimortgage Inc,    Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
516590325       +Comenity Bank/Lane Bryant,    Po Box 182125,    Columbus, OH 43218-2125
516590326       +Comenity Bank/New York & Co,    Po Box 182125,    Columbus, OH 43218-2125
516590324       +Comenity Bank/kingsi,    Po Box 182125,    Columbus, OH 43218-2125
516590327      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services,    Bankrupcty,    1 Dell Way,
                  Round Rock, TX 78682)
516613066       +Davita,    15271 Laguna Canyon Rd,    Irvine, CA 92618-3146
516830574        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA 98083-0657
516590328       +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
516613067        Penn Medicine,    POB 824406,    Philadelphia, PA 19182-4406
516613068       +Rittenhouse Park Association,    67 Rittenhouse Dr,    Willingboro, NJ 08046-2510
516590330       +Specialized Loans,    PO Box 636005,    Littleton, CO 80163-6005
516590333      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                  Cedar Rapids, IA 52408)
516623990       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516840117        U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                  Harrisburg, PA   17106-9184
516590334       +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516693759       +WF 19 Grantor Trust,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2018 23:16:26      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2018 23:16:24      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516781491       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 15 2018 23:16:23      MIDLAND FUNDING LLC,
                  PO BOX 2011,    WARREN, MI 48090-2011
516624344       +E-mail/PDF: cbp@onemainfinancial.com Feb 15 2018 23:19:04      OneMain,    605 Munn Rd E.,
                  Fort Mill, SC 29715-8421
516590329       +E-mail/PDF: cbp@onemainfinancial.com Feb 15 2018 23:19:04      Onemain Financial/Citifinancial,
                  6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
517037866        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2018 23:30:24
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
517037867        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2018 23:18:51
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
516668377        E-mail/Text: bnc-quantum@quantum3group.com Feb 15 2018 23:16:14
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
516590331       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2018 23:19:08      Synchrony Bank/ Old Navy,
                  Po Box 965064,    Orlando, FL 32896-5064
516590332       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2018 23:18:31      Synchrony Bank/Walmart,
                  Po Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 10
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3            User: admin              Page 2 of 2               Date Rcvd: Feb 15, 2018
                                Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren S. Jones, Jr.    on behalf of Debtor Trudy D. Johnson email@warrensjones.com,
               bestcasewsj@gmail.com;r46134@notify.bestcase.com
              William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                         TOTAL: 6
```