UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-2788

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

---

Order Filed on February 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Trudy D. Johnson

Case No.: 17-10692-MBK

Hearing Date: 02/20/2018

Judge: Honorable Michael B. Kaplan

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: February 24, 2018

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Trudy D. Johnson
Case No.: 17-10692-MBK
Caption of Order: ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for CitiMortgage, Inc., debtor's mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor shall commence curing post petition arrears through January 12, 2018, in the sum of $3,403.72 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 4 | Payments @ | $850.93 | (10/17-01/18) | = | $3,403.72 |
|   | Arrears to Cure: |   |   | = | $3,403.72 |

2. Post-petition funds in suspense totaling $239.45 shall be applied to reduce the arrears.
3. Movant acknowledges receipt of payment in the amount of $900.00 on January 4, 2018.
4. Post petition arrears of $2,264.27 shall be cured through the debtor's plan and are hereby added to the claim filed by the mortgagee.
5. Debtor shall file a modified plan within ten (10) days of the entry of this Order.
6. Debtor shall resume regular monthly mortgage payments starting on February 1, 2018.
7. Should debtor default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.
8. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.