**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Trudy D. Johnson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0911<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–10692–MBK | |

# Order of Discharge                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Trudy D. Johnson

5/28/20                                                                          **By the court:** Michael B. Kaplan
                                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-10692-MBK
Trudy D. Johnson                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: May 28, 2020
                               Form ID: 3180W           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
```
db             +Trudy D. Johnson,    17 Ruscombe Court,    Willingboro, NJ 08046-4016
cr             +Planet Home Lending, LLC as servicer for ARCPE 7,,    Friedman Vartolo LLP,
                 85 Broad Street, Suite 501,    New York, NY 10004-1734
518478728      +ARCPE 7, LLC,    c/o Planet Home Lending, LLC,    321 Research Parkway,    Suite 303,
                 Meriden, CT 06450-8342
518478729      +ARCPE 7, LLC,    c/o Planet Home Lending, LLC,    321 Research Parkway,    Suite 303,
                 Meriden, CT 06450,    ARCPE 7, LLC 06450-8342
516780474      #CitiMortgage, Inc,    P.O. Box 688971,    Des Moines, IA 50368-8971
516590323       Citimortgage Inc,    Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
516613066      +Davita,    15271 Laguna Canyon Rd,    Irvine, CA 92618-3146
516590328      +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
517763900      +MidFirst Bank,    Bankruptcy Payments,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
517763901      +MidFirst Bank,    Bankruptcy Payments,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6077,    MidFirst Bank,    Bankruptcy Payments 73118-6051
516613067       Penn Medicine,    POB 824406,    Philadelphia, PA 19182-4406
516613068      +Rittenhouse Park Association,    67 Rittenhouse Dr,    Willingboro, NJ 08046-2510
516590330      +Specialized Loans,    PO Box 636005,    Littleton, CO 80163-6005
516623990      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516840117       U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA   17106-9184
516590334      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516693759      +WF 19 Grantor Trust,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 29 2020 01:30:32     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 29 2020 01:30:29     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516590321      +EDI: PHINAMERI.COM May 29 2020 04:53:00      AmeriCredit/GM Financial,    Po Box 183853,
                 Arlington, TX 76096-3853
516590322      +EDI: CITICORP.COM May 29 2020 04:53:00      Citibank/The Home Depot,
                 Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
516590325      +EDI: WFNNB.COM May 29 2020 04:53:00      Comenity Bank/Lane Bryant,    Po Box 182125,
                 Columbus, OH 43218-2125
516590326      +EDI: WFNNB.COM May 29 2020 04:53:00      Comenity Bank/New York & Co,    Po Box 182125,
                 Columbus, OH 43218-2125
516590324      +EDI: WFNNB.COM May 29 2020 04:53:00      Comenity Bank/kingsi,    Po Box 182125,
                 Columbus, OH 43218-2125
516590327       E-mail/PDF: DellBKNotifications@resurgent.com May 29 2020 01:34:11      Dell Financial Services,
                 Bankrupcty,    1 Dell Way,    Round Rock, TX 78682
516830574       EDI: Q3G.COM May 29 2020 04:53:00      Department Store National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,    Kirkland, WA 98083-0657
516781491      +EDI: MID8.COM May 29 2020 04:53:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516624344      +EDI: AGFINANCE.COM May 29 2020 04:53:00      OneMain,    605 Munn Rd E.,
                 Fort Mill, SC 29715-8421
516590329      +EDI: AGFINANCE.COM May 29 2020 04:53:00      Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
517037866       EDI: PRA.COM May 29 2020 04:53:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
517037867       EDI: PRA.COM May 29 2020 04:53:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
516668377       EDI: Q3G.COM May 29 2020 04:53:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
516590331      +EDI: RMSC.COM May 29 2020 04:53:00      Synchrony Bank/ Old Navy,    Po Box 965064,
                 Orlando, FL 32896-5064
516590332      +EDI: RMSC.COM May 29 2020 04:53:00      Synchrony Bank/Walmart,    Po Box 965064,
                 Orlando, FL 32896-5064
516590333       EDI: TFSR.COM May 29 2020 04:53:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
                                                                                                TOTAL: 18
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 28, 2020
                              Form ID: 3180W           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
```
          Albert    Russo     docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending, LLC as servicer for ARCPE 7,
           LLC bankruptcy@friedmanvartolo.com
          Kevin Gordon McDonald     on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Warren S. Jones, Jr.    on behalf of Debtor Trudy D. Johnson email@warrensjones.com,
           r46134@notify.bestcase.com;robert@warrensjones.com
          William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                       TOTAL: 9
```