| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WARREN S. JONES, JR., ESQUIRE<br>Bar #003781980<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mount Holly, NJ 08060<br>(609) 261-8400<br>(609) 261-5252 fax<br>email@warrensjones.com | **Order Filed on September 17, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br>**Trudy D. Johnson** | Case No.: **17-10692**<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date: **9/15/2020**<br><br>Judge: **Michael B. Kaplan** |

## ORDER ON MOTION TO CANCEL AND DISCHARGE: MORTGAGE

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 17, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby **ORDERED** that:

☐ The debtor's motion is denied.

☐ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:

Location (Street Address):    **17 Ruscombe Court Willingboro, NJ 08046  Burlington County**

Description of Mortgage/Judgment Lien:

| | | |
|---|---|---|
| a) | Original Mortgagee/Lienholder: | **CitiFinancial Services, Inc.** |
| b) | Current Assignee: | **CitiFinancial Servicing, LLC, a Delaware Limited Liability Company** |
| c) | Current Servicer: | **Planet Home Lending** |
| d) | Date of Mortgage | **10/06/2006** |
| e) | Date of Recordation: | **10/26/2006** |
| f) | Place of Recordation: | **Burlington County, NJ** |
|    | i)   Mortgage Book | **11166** |
|    | ii)  Page | **952** |
| g) | Original Principal Balance of Mortgage | $**15,948.26** |

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-10692-MBK
Trudy D. Johnson                                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 1              Date Rcvd: Sep 18, 2020
                              Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2020.
db             +Trudy D. Johnson,    17 Ruscombe Court,    Willingboro, NJ 08046-4016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2020 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending, LLC as servicer for ARCPE 7, LLC bankruptcy@friedmanvartolo.com
      Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      Warren S. Jones, Jr.    on behalf of Debtor Trudy D. Johnson email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com
      William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                         TOTAL: 9