| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
|---|---|
| WARREN S. JONES, JR., ESQUIRE<br>Bar #003781980<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mount Holly, NJ 08060<br>(609) 261-8400<br>(609) 261-5252 fax<br>email@warrensjones.com | Order Filed on September 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br>   **Trudy D. Johnson** | Case No.:  **17-10692**<br><br>Chapter:  **13**<br><br>Adv. No.:<br><br>Hearing Date:  **9/15/2020**<br><br>Judge:  **Michael B. Kaplan** |

CORRECTED
**ORDER ON MOTION TO CANCEL AND DISCHARGE:
MORTGAGE**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 28, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby **ORDERED** that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:

Location (Street Address):    **17 Ruscombe Court Willingboro, NJ 08046  Burlington County**

Description of Mortgage/Judgment Lien:

| | | |
|---|---|---|
| a) | Original Mortgagee/Lienholder: | **CitiFinancial Services, Inc.** |
| b) | Current Assignee: | **CitiFinancial Servicing, LLC, a Delaware Limited Liability Company** |
| c) | Current Servicer: | **Planet Home Lending** |
| d) | Date of Mortgage | **10/06/2006** |
| e) | Date of Recordation: | **10/26/2006** |
| f) | Place of Recordation: | **Burlington County, NJ** |
| | i) Mortgage Book | **11166** |
| | ii) Page | **952** |
| g) | Original Principal Balance of Mortgage | $**15,948.26** |

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**