| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WARREN S. JONES, JR., ESQUIRE<br>Bar #003781980<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mount Holly, NJ 08060<br>(609) 261-8400<br>(609) 261-5252 fax<br>email@warrensjones.com | Order Filed on September 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br>**Trudy D. Johnson** | Case No.:  **17-10692**<br><br>Chapter:  **13**<br><br>Adv. No.:<br><br>Hearing Date:  **9/15/2020**<br><br>Judge:  **Michael B. Kaplan** |

CORRECTED
**ORDER ON MOTION TO CANCEL AND DISCHARGE:
MORTGAGE**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 28, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby **ORDERED** that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:

Location (Street Address):    **17 Ruscombe Court Willingboro, NJ 08046  Burlington County**

Description of Mortgage/Judgment Lien:

| | | |
|---|---|---|
| a) | Original Mortgagee/Lienholder: | **CitiFinancial Services, Inc.** |
| b) | Current Assignee: | **CitiFinancial Servicing, LLC, a Delaware Limited Liability Company** |
| c) | Current Servicer: | **Planet Home Lending** |
| d) | Date of Mortgage | **10/06/2006** |
| e) | Date of Recordation: | **10/26/2006** |
| f) | Place of Recordation: | **Burlington County, NJ** |
|    | i) Mortgage Book | **11166** |
|    | ii) Page | **952** |
| g) | Original Principal Balance of Mortgage | $**15,948.26** |

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

United States Bankruptcy Court

District of New Jersey

In re:  
Trudy D. Johnson  
    Debtor(s)

Case No. 17-10692-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Sep 28, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

**Recip ID    Recipient Name and Address**  
db      + Trudy D. Johnson, 17 Ruscombe Court, Willingboro, NJ 08046-4016

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Albert Russo  
    docs@russotrustee.com

Denise E. Carlon  
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon  
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jonathan C. Schwalb  
    on behalf of Creditor Planet Home Lending LLC as servicer for ARCPE 7, LLC bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald  
    on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

U.S. Trustee  
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Sep 28, 2020 | Form ID: pdf903 | Total Noticed: 1

Warren S. Jones, Jr.
    on behalf of Debtor Trudy D. Johnson email@warrensjones.com r46134@notify.bestcase.com;robert@warrensjones.com

William M.E. Powers
    on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

TOTAL: 9